[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 23-12214

Non-Argument Calendar

_____

DANTE BENJAMIN HAYWARD,

Plaintiff-Appellant,

*versus*

BRIAN MUNDY,
Sergeant of K-9, Effingham Sheriff's
Department, individual and official capacities,
DEPUTY CALEB GROVENSTEIN,
Effingham County Sheriff's Department,
individual and official capacities,
JUDGE F. GATES PEED,
Individual and official capacities,
BRIAN A. DEAL,
Prosecutor, individual and official capacities,

2                         Opinion of the Court                      23-12214

MAGISTRATE JOHN DOE 1, et al.,
Individual and official capacities,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Georgia
D.C. Docket No. 4:23-cv-00045-CLR

_____

Before WILSON, LAGOA, and ABUDU, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. The district court's order denying Dante Hayward's motion to proceed *in forma pauperis* on appeal is not a final, appealable order. *See* 28 U.S.C. § 1291; *see also Isaac v. United States*, 809 F. App'x 595, 597 (11th Cir. 2020) (citing *Gomez v. United States*, 245 F.2d 346, 347 (5th Cir. 1957) (stating that an order denying a motion to appeal *in forma pauperis* is not a final, appealable order). The proper procedure for review of such an order is to renew the motion before this Court. *See* Fed. R. App. P. 24(a)(5) & advisory committee notes (1967 Adoption).

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.